IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DEBORAH S. KEAHL,

    Plaintiff,

v.                             CASE NO. 4:15cv15-RH/GRJ

UNITED STATES OF AMERICA,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 112. No objections have been filed. Upon consideration,

    IT IS ORDERED:

    The report and recommendation is accepted and adopted as the court's opinion. The defendant's for summary judgment, ECF No. 98, is granted. The clerk must enter judgment stating, "The complaint is dismissed with prejudice." The clerk must close the file.

    SO ORDERED on March 14, 2017.

                                            s/Robert L. Hinkle
                                            United States District Judge